# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| **David Arturo Hernandez ARECHIGA,**<br><br>    Petitioner,<br><br>    v.<br><br>MARK BOWEN (Acting Warden) *et al.*,<br><br>    Respondents. | **ORDER**<br><br>ED CV 26-01516-VBF-AS<br><br>**TEMP. RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIM. INJUNCTION** |

**Petitioner's TRO application is GRANTED in part and DENIED in part.**

Petitioner's TRO application is denied in part as follows:

The Court DECLINES to order petitioner's immediate release.

Petitioner's TRO application is granted in part as follows:

**Respondents shall either immediately release petitioner or hold an individualized detention hearing before a neutral arbiter no later than Friday, April 10, 2026**, of which petitioner shall be given sufficient advance notice, and at which petitioner will have a meaningful opportunity to present evidence and argument, and at which the government alone will have the burden of proving by clear and convincing evidence that petitioner is a flight risk or a danger to the public such that his continued civil detention is necessary.

**Respondents shall file a notice of compliance no later than Tuesday, April 14, 2026.**

**No later than 11:59 p.m. Thursday, April 9, 2026, the respondents MAY SHOW CAUSE, in writing, why the Court should not issue a preliminary injunction ("PI").**

**No later than 11:59 p.m. Friday, April 10, 2026, petitioner MAY FILE a reply.**

**Pending further order of this Court, the respondents SHALL NOT transfer petitioner outside this federal district, the Central District of California.**

No bond is required under Fed. R. Civ. P. 65.

The case remains open and referred to the United States Magistrate Judge.  Any motion for leave to amend the habeas corpus petition or motion to dismiss the habeas corpus petition as moot, should be directed to the Magistrate Judge in the first instance.

Dated: April 2, 2026

_____

Honorable Valerie Baker Fairbank
Senior United States District Judge

2