**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **David Arturo Hernandez ARECHIGA,** ) | |
| Petitioner, ) | **ORDER** |
| v. ) | ED CV 26-01516-VBF-AS |
| MARK BOWEN (Acting Warden) *et al.*, ) | Denying Preliminary Injunction |
| Respondents. ) | |

By TRO filed April 3, 2026, this Court directed in pertinent part as follows:

Respondents shall either immediately release petitioner or hold an individualized detention hearing before a neutral arbiter no later than Friday, 4/10/2026, of which petitioner shall be given sufficient advance notice, and at which petitioner will have a meaningful opportunity to present evidence and argument, and at which the government alone will have the burden of proving by clear and convincing evidence that petitioner is a flight risk or a danger to the public such that his continued civil detention is necessary. Respondents shall file a notice of compliance no later than Tuesday, 4/14/2026.

Doc 10 at 1.  On April 9, 2026, the respondents filed a brief opposing issuance of a

preliminary injunction ("PI") (Doc 11) and another opposition on April 10, 2026 (Doc 13). Also on April 10, 2026, the respondents filed a notice of compliance (Doc 12) at 2 and Ex. A, stating that an individualized detention hearing was held for petitioner on April 8, 2026. Petitioner did not file any reply brief in support of his PI application either before or after the April 10, 2026 deadline.

## ORDER

For the reasons stated by the respondents (Doc 11 at pages 3-5 and Doc 13 at pages 2-5), the Court determines that petitioner has failed to show a serious question going to the merits of his habeas corpus petition, let alone a likelihood of success on the petition.

**Accordingly, petitioner's request for a preliminary injunction is DENIED.**

**Pending entry of final judgment herein and the resolution of any postjudgment motion for reconsideration or relief from judgment, respondents SHALL NOT transfer petitioner outside this federal judicial district, the Central District of California.**

The case remains open and pending before the United States Magistrate Judge. Any motion for leave to amend the habeas corpus petition, and any motion to dismiss the petition as moot, should be directed to the Magistrate Judge in the first instance.

The parties shall not notice hearings before the undersigned District Judge.

IT IS SO ORDERED.

Dated: April 15, 2026

_____

Honorable Valerie Baker Fairbank
Senior United States District Judge