JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID ARTURO HERNANDEZ ARECHIGA,<br><br>              Petitioner,<br><br>      v.<br><br>MARK BOWEN, et al.,<br><br>              Respondents. | Case No. EDCV 26-1516-AS<br><br><br>**JUDGMENT** |

Pursuant to the Memorandum Decision and Order,

IT IS ADJUDGED that the Petition is GRANTED.

DATED: May 26, 2026

_____/s/_____
ALKA  SAGAR
UNITED  STATES  MAGISTRATE  JUDGE